IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARI THIGPEN,

        Plaintiff,

v.                                            1:25-cv-00622-KG-JMR

CITIBANK, N.A.,

        Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on January 20, 2026. Doc. 27. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 7. To date, neither party has filed objections.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 27) are ADOPTED;

2. The Court hereby denies Citibank, N.A.'s two pending Countermotions for Attorneys' Fees and Costs (Docs. 11, 22);

3. The Court hereby dismisses Ms. Thigpen's Petition to Vacate or Modify Arbitration Award without prejudice.

                                            /s/Kenneth J. Gonzales_____
                                            CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found

on the Court's PACER public access system.

-2-