IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHARI THIGPEN,

        Plaintiff,

v.                                                   1:25-cv-00622-KG-JMR

CITIBANK, N.A.,

        Defendant.

## **FINAL JUDGMENT**

Pursuant to the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition filed concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby dismisses plaintiff's petition without prejudice.

    /s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.